48 So.2d 542

**Elsie G. SANDEFER v. Bessie C. ROBINS.**

**6 Div. 98.**

Supreme Court of Alabama.

Nov. 9, 1950.

Chas. W. Greer, of Birmingham, for petitioner.

Whitmire, Bynum & Coleman, of Birmingham, opposed.

LIVINGSTON, Justice.

Petition of Elsie G. Sandefer for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Sandefer v. Robins, 48 So.2d 540.

We have examined the petition in connection with the opinion of the Court of Appeals, and we are of the opinion that the petition is without merit.

Writ denied.

FOSTER, SIMPSON and STAKELY, JJ., concur.